**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Gregory A. Dumanian, et al.
                                      Plaintiff,

v.                                                     Case No.: 1:19–cv–06771
                                                     Honorable Matthew F. Kennelly

Mark Schwartz, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 5, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' "Motion for Rule to Show Cause Persuant [sic] to FRCP 11(c), 56(h), and LR 83.50, to Dismiss, (D. 16, 21–cv–01780), for Sanctions and for Criminal Referral" is stricken without prejudice as premature, as it essentially assumes (or asks the Court to make) a particular determination of the merits, which are pending before the Court by way of plaintiffs' motion for summary judgment. Defendants' motion to compel [318] is taken under advisement. Response is to be filed by 5/15/2023. No reply may be filed unless requested by the Court. Telephonic hearing, unless deemed unnecessary by the Court, is set for 5/19/2023 at 9:05 AM, using call–in number 888–684–8852, access code 746–1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.